RECEIVED
IN LAKE CHARLES, LA



AUG 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOE ALLEN BOUNDS | : | DOCKET NO. 05 CV 232 |
| VS. | : | JUDGE MINALDI |
| J. P. YOUNG, ET AL | : | MAGISTRATE JUDGE WILSON |

### ORDER

Defendant filed a Motion to Hold Off on the Proceedings in re to his Petition or Appoint Counsel [doc. #17] due to the fact that he was in the midst of a transfer between federal facilities. Defendant is now permanently housed. THEREFORE,

IT IS ORDERED that the defendant's motion is hereby MOOT.

Lake Charles, Louisiana, this __22__ day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE