RECEIVED
IN LAKE CHARLES, LA

OCT 2 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOE ALLAN BOUNDS | : | DOCKET NO. 2:05 CV 232 |
| VS. | : | JUDGE MINALDI |
| J.P. YOUNG, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

IT IS ORDERED that Joe Allan Bound's "Motion for Reconsideration of Habeas Petition" [doc. 21] IS DENIED. *U.S. v. Booker*, 542 U.S. 738 (2005) does not apply retroactively to cases on collateral review. See *In re Elmwood*, 403 F.3d 211 (5th Cir. 2005); *McReynolds v. United States*, 397 F.3d 479 (7th Cir. 2005); *Varela v. United States*, 400 F.3d 864 (11th Cir. 2005).

Lake Charles, Louisiana, this 24 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE